IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD MYERS                                                    PLAINTIFF

v.                                    CASE No. 09- 2084

FT. SMITH POLICE DEPARTMENT                                          DEFENDANT

## ORDER

Carl Edward Myers submitted this pro se action for filing pursuant to Title VII of the Civil Rights

Act. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status

as a pauper and service of process. The United States District Clerk is hereby directed to provisionally file

the complaint and the Motion to Proceed *in forma pauperis.*

The undersigned will determine at a later time whether *in forma pauperis* status should be granted

and whether the complaint should be served on the defendant.

IT SO ORDERED this __10__ day of July 2009.

_____
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 1 3 2009

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK