IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD MYERS                                                         PLAINTIFF

v.                             CASE No. 09- 2084

FT. SMITH POLICE DEPARTMENT                                    DEFENDANT

### ORDER

Plaintiff's complaint has been filed pursuant to Title VII of the Civil Rights Act. Before the undersigned are the issues of whether *in forma pauperis* status should be granted and whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Carl Edward Meyers, complete and sign the attached addendum to his complaint, and return the same to the court **by August 10, 2009. Plaintiff is advised that should he fail to return the completed and executed addendum by August 10, 2009, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 10 day of July, 2009.

                                              /s/ JAMES R. MARSCHEWSKI
                                              HON. JAMES R. MARSCHEWSKI
                                              UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 1 3 2009

CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK